UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re: Eric C. Schaner : Case #: 05-71920
      Tina M. Schaner

: Chapter 13

: Judge Preston

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: October 21, 2011           /s/ Frank M. Pees
                                                        Frank M. Pees
                                                        Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| Wilshire Credit Corporation<br>P.O. Box 5170<br>Simi Valley, CA 93052-5170 | $1,073.57 |